HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
Ronald H. Orr

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:16-PO-00198-EFB |
| | )                 2:16-PO-00313-EFB |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER TO |
| vs. | ) CONTINUE STATUS CONFERENCE |
| | ) |
| Ronald H. Orr, | ) Date: October 31, 2016 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Edmund F. Brennan |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant for the Federal Defender Linda Allison, attorney for Ronald H. Orr, that the status conference scheduled for October 31, 2016 be vacated and continued to January 23, 2017 at 10:00 a.m.

/ / /

/ / /

/ / /

/ /

/ /

Stipulation and [Proposed] Order to Continue Status Conference        -1-

This continuance is necessary as the parties are in plea negotiations and require additional time for defense counsel to hold discussions with her client in furtherance of resolution.

DATED: October 28, 2016          Respectfully submitted,

                                 HEATHER E. WILLIAMS
                                 Federal Defender

                                 /s/Linda Allison
                                 LINDA ALLISON
                                 Chief Assistant to the Federal Defender
                                 Attorneys for Defendant
                                 Ronald H. Orr

DATED: October 28, 2016          PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 /s/Justin Lee
                                 JUSTIN LEE
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the October 31, 2016 status conference shall be continued until January 23, 2017 at 10:00 a.m.

Dated: October 31, 2016

                                 HON. EDMUND F. BRENNAN
                                 United States Magistrate Judge